UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 09-32743 |
| PAUL V. BUEHLER ) | |
| ) | |
| PATRICIA A. BUEHLER ) | |
| ) | CHAPTER 13 PROCEEDING |
| ) | |
| DEBTOR(S) ) | |

**THIRD MOTION FOR ENLARGEMENT OF TIME TO FILE SPECIAL CONFIRMATION ORDER**

COME NOW, the Debtors, Paul and Patricia Buehler, by counsel, asking the Court to grant an Enlargement of Time to File their Special Confirmation Order with the Standing Chapter 13 Trustee, and in support thereof state as follows:

1. Paul and Patricia Buehler (hereinafter "Debtors") filed for relief under Chapter 13 of the United States Bankruptcy Code with the United States Bankruptcy Court Northern District of Indiana, South Bend Division, on June 10, 2009, as Case No. 09-32743.

2. On December 18, 2009, the Debtors, by counsel, filed their proposed Amended Chapter 13 Plan.

3. The only parties in interest who objected to the Debtors' proposed amended plan were the Internal Revenue Service and the Indiana Department of Revenue.

4. On February 4, 2010, the Court held a hearing on Confirmation of the Debtors' Proposed Amended Chapter 13 Plan.

5. That this Court ordered the parties to file said Special Confirmation Order by March 22, 2010.

6. That on March 22, 2010 Debtors, by counsel, filed a Motion for Enlargement of Time to file Special Order Confirmation Order asking the Court to have until April 21, 2010 to file said Confirmation Order. On March 24, 2010, said Motion for Enlargement of Time was granted.

7. That on April 21, 2010 Debtors, by counsel, filed a Second Motion for Enlargement of Time to file Special Order Confirmation Order asking the Court to have until June 15, 2010 to file said Confirmation Order. On April 27, 2010, said Second Motion for Enlargement of Time was granted.

8. That since the last Motion for Enlargement of Time was filed, counsel has discovered that the

Debtors are still discussing issues with the accountant that has been helping the Debtors sort through the IRS and IDOR claims.

WHEREFORE, Debtors, by counsel, pray that this Court will grant their Third Motion for Enlargement of Time to File Special Confirmation Order, allowing the parties until July 30, 2010, to file the Special Order, along with all other just appropriate relief in the premises.

Respectfully Submitted,

*/s/ Thomas E. Panowicz*
Thomas E. Panowicz (21203-71)
**Voltz-Miller & Panowicz, P.C.**
1951 E. Fox St.
South Bend, IN 46613
PH: (574) 289-1709
FX: (574) 289-1909

## CERTIFICATE OF SERVICE

The undersigned attorney for Debtors hereby certifies that a true and correct copy of the above and foregoing document was served upon the following via electronic mail and/or United States Mail postage prepaid on this 15th day of June, 2010:

United States Trustee
100 East Wayne Street
One Michiana Square
South Bend, IN 46601

Debra L. Miller, Chapter 13 Trustee
P. O. Box 11550
South Bend, Indiana 46634-0550

Mr. and Mrs. Paul Buehler
51005 Lilac Road
South Bend, IN 46628

/s/ Thomas E. Panowicz